**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FLAVIO LIMA DO NASCIMENTO,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Boston Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and TODD BLANCHE, Attorney General of the United States,<br><br>Respondents. | Civil Action No. 1:26-cv-12271-WGY |

**REQUEST FOR DISMISSAL OF PETITION**

Respondents notified the Court on July 31, 2026 that Petitioner posted bond and was released from ICE custody. *See* Doc. No. 12. Because the relief sought in this habeas petition has been obtained, the petition is now moot. Respondents therefore request that the Court dismiss the petition and close the case.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: September 9, 2026

By: */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3347

Email: mark.sauter@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 9, 2026

By: */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney