**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Flavio Lima Do Nascimento,
**Petitioner**

V.

CIVIL ACTION
NO. 26cv12271-WGY

Patricia Hyde, et al.
**Respondents**

**ORDER OF DISMISSAL**
September 15, 2026

**YOUNG D.J.**,

In accordance with the Court's ELECTRONIC ORDER dated September 15, 2026, it is hereby ORDERED that this petition is DISMISSED and CLOSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk